# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

VALENA HONEYCUTT                                                PLAINTIFF

v.                           No. 4:19-cv-216-DPM

BIOMET U.S. RECONSTRUCTION, LLC;
JOHN CUCKLER, M.D.; ALABAMA
MEDICAL CONSULTANTS, INC.; BIOMET
ORTHOPEDICS, LLC; BIOMET
MANUFACTURING, LLC; and
BIOMET, INC.                                                    DEFENDANTS

## JUDGMENT

Honeycutt's claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2021